# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In Re: |
| | Chapter 7
Masoud Razzaghi, |
| | Case No.:
Debtor. |

## STATEMENT REGARDING PAY STUBS (11 U.S.C. § 521(a)(1))

I, the undersigned debtor, hereby certify that during the sixty (60) day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

_____    I was unemployed during the applicable sixty (60) day period; and / or

_____    I was self-employed during the applicable sixty (60) day period; and / or

_____    I did not receive any income during the applicable sixty (60) day period; and / or

_MR ✓_    My employer did not provide pay stubs during the applicable sixty (60) day period; and / or

_____    Other:

_3/12/21_                                            _/s/ Masoud Razzaghi_
Date                                                        Masoud Razzaghi
                                                            Debtor