UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| Masoud Razzaghi, | |
| | Case No.: |
| Debtor. | |

### STATEMENT REGARDING PAY STUBS (11 U.S.C. § 521(a)(1))

I, the undersigned **debtor's spouse**, hereby certify that during the sixty (60) day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

__X__   I was unemployed during the applicable sixty (60) day period; and / or

_____   I was self-employed during the applicable sixty (60) day period; and / or

_____   I did not receive any income during the applicable sixty (60) day period; and / or

_____   My employer did not provide pay stubs during the applicable sixty (60) day period; and / or

__X__   Other: unemployment Compensation

03/12/21
Date

_Zahra Farhangnejad_
Zahra Farhangnejad
Debtor's Spouse