# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: | |
| | Chapter 7 |
| Masoud Razzaghi, | |
| | Case No.: 21-52225-bem |
| Debtor. | |

## AMENDMENT TO DEBTOR'S SCHEDULE C AND SUMMARY OF SCHEDULES

COMES NOW, the Debtor, Masoud Razzaghi, by and through undersigned counsel, and files this Amendment titled <u>AMENDEMENT TO DEBTOR'S SCHEDULE C AND SUMMARY OF SCHEDULES</u> originally filed herein. In support thereof, the Debtor sets forth as follows:

1. Debtor amends <u>Official Form 106C, Schedule C: The Property You Claim as Exempt</u> to a consumer debt case.

2. Debtor amends <u>SUMMARY OF SCHEDULES</u>;

3. Debtor attaches the aforementioned amended documents.

WHEREFORE, the Debtor prays that this Amendment be incorporated into the petition originally filed herein; and for such further relief as the Court deems appropriate.

Respectfully submitted by:

___ /s/ Danny Coleman, MBA, Atty ___
Danny Coleman, MBA, Attorney
Georgia State Bar No. 177427
Attorney for the Debtor

Coleman Legal Group, LLC
5755 North Point Pkwy; Suite 51
Alpharetta, Georgia 30022
Email: attorney@dcolemanlaw.com
Phone:  770-609-1247
Fax:  770-609-7020

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Masoud Razzaghi** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 21-52225 | | |

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **700 Kimball Parc Way Alpharetta, GA 30022  Fulton County**<br>Line from *Schedule A/B*: **1.1** | $338,065.00 | ■ $43,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |
| **700 Kimball Parc Way Alpharetta, GA 30022  Fulton County**<br>Line from *Schedule A/B*: **1.1** | $338,065.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2013 Mercedes-Benz ML350 87000 miles**<br>**Location: 700 Kimball Parc Way, Alpharetta GA 30022**<br>Line from *Schedule A/B*: **3.1** | $12,500.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **Household Furnishings, Household Furniture, Small and Large Appliances, Kitchenware, Linens, Cookware**<br>**Location: 700 Kimball Parc Way, Alpharetta GA 30022**<br>Line from *Schedule A/B*: **6.1** | $3,250.00 | ■ $3,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |

| Debtor 1 | Masoud Razzaghi | | Case number (if known) | 21-52225 |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **One (1) TV, Small Electronics, Cell Phone, Laptop, Printer / Scanner, Camcorder**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **7.1** | $1,750.00 | ■ $1,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Everyday Clothing, Coats, Shoes, Boots, Belts, Accessories**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Glasses**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **14.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(10) |
| **Cash**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 18-4-20 |
| **Checking: Personal Account: SunTrust Checking**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **17.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 18-4-20 |
| **Checking: Personal Account: Chase Checking**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **17.2** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 18-4-20 |
| **401(k): Ameritrade, 401(K)**<br>Location: 700 Kimball Parc Way, Alpharetta GA 30022<br>Line from *Schedule A/B*: **21.1** | $7,800.00 | ■ $11,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(F) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

Debtor 1  **Masoud Razzaghi**
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the:　NORTHERN DISTRICT OF GEORGIA

Case number　**21-52225**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:　Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................ $ 338,065.00

   1b. Copy line 62, Total personal property, from Schedule A/B................................................................. $ 27,710.00

   1c. Copy line 63, Total of all property on Schedule A/B.......................................................................... $ 365,775.00

### Part 2:　Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ 289,641.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 80,895.89

   Your total liabilities  $ 370,536.89

### Part 3:　Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................. $ 3,592.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................................... $ 3,588.48

### Part 4:　Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum　　Summary of Your Assets and Liabilities and Certain Statistical Information　　　page 1 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1  **Masoud Razzaghi**   Case number *(if known)* **21-52225**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ **1,000.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In Re:

Masoud Razzaghi,

    Debtor.

Chapter 7

Case No.: 21-52225-bem

## **VERIFICATION FOR AMENDMENT TO SCHEDULE C**

PERSONALLY appeared, Masoud Razzaghi, before the undersigning attesting officer authorized by law to administer oaths, and who, after first being duly sworn, deposes and states that the facts contained in the within and foregoing **Amendment to Debtor's Schedule C** are true and correct to the best of affiant's personal knowledge and belief.

_____
Masoud Razzaghi
Debtor

Sworn and subscribed before me this 27th day of April 2021.

_____
Notary Public

DANNY L COLEMAN
NOTARY PUBLIC
FULTON COUNTY
State of Georgia
My Commission Expires June 21, 2021

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | \| | |
| | \| | Chapter 7 |
| Masoud Razzaghi, | \| | |
| | \| | Case No.: 21-52225-bem |
| Debtor. | \| | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **April 27, 2021** a copy of the foregoing document was submitted to be served electronically using the Electronic Case Filing (ECF) System when available to the following parties set forth below.

    Respectfully submitted by:

    ___ /s/ Danny Coleman, MBA, Attorney __
    Danny Coleman, MBA, Attorney
    Georgia State Bar No. 177427
    Attorney for the Debtor
    Coleman Legal Group, LLC
    5755 North Point Pkwy; Suite 51
    Alpharetta, Georgia 30022
    Email: attorney@dcolemanlaw.com
    Phone: 770-609-1247
    Fax: 770-609-7020

Office of the US Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305