

**IT IS ORDERED as set forth below:**

**Date: February 7, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-52225-BEM |
| | : | |
| MASOUD RAZZAGHI, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT AGREEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On January 4, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Masoud Razzaghi ("**Debtor**"), filed his *Motion for Order Authorizing Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 26] (the "**Motion**"), seeking an order, among other things, approving a Settlement Agreement[1] pursuant to which, *inter alia*,[2] Trustee, on the one hand, and

---

[1]  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

[2]  The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the terms of the Settlement Agreement shall control.

17747299v1

Debtor, on the other hand, settle certain claims that the Bankruptcy Estate has regarding 700 Kimball Parc Way, Alpharetta, Georgia 30022 (the "**Property**") for payments (the "**Scheduled Payments**") totaling of $28,000.00 (the "**$28,000.00 Settlement Funds**") from Debtor in exchange for Trustee's abandoning the Interest of the Bankruptcy Estate in the Property to Debtor.  While Debtor makes the Scheduled Payments to Trustee, Debtor is required to make all necessary Mortgage Payments and to insure the Property from the risk of loss.  In addition, there are events of default and liquidated damage provisions should Debtor fail to pay timely any of the Scheduled Payments to Trustee.  The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On January 6, 2022, Trustee filed *Notice of Motion for Order Authorizing Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 27] (the "**Notice**") regarding the Motion, in accordance with the Second Amended and Restated General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on January 6, 2022.  [Doc. No. 28].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in the Second Amended and Restated General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no

further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement Agreement is approved and its terms are incorporated herein.  It is further

**ORDERED** that Trustee and Debtor may take any other actions necessary to effectuate the terms of the Settlement Agreement.  It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

### [END OF DOCUMENT]

**Order prepared and presented by**:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-7030
Email: michael.bargar@agg.com


**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

17747299v1

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Danny Coleman
Coleman Legal Group, LLC
Suite 51
5755 North Point Parkway
Alpharetta, GA 30022

Masoud Razzaghi
P.O. Box 5021
Alpharetta, GA 30023

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

17747299v1