

**IT IS ORDERED as set forth below:**

**Date: September 25, 2024**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-52225-BEM |
| | : | |
| MASOUD RAZZAGHI, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On August 19, 2024, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Masoud Razzaghi, filed applications for payment of compensation in the amount of $3,550.00 and expenses in the amount of $141.99 to the Chapter 7 Trustee [Doc. No. 42-1], compensation in the amount of $2,475.50 and expenses in the amount of $271.60 to Michael J. Bargar, as assignee and agent of Arnall Golden Gregory LLP, the Chapter 7 Trustee's prior counsel [Doc. No. 42-3], and compensation in the amount of $6,695.00 and expenses in the

18398418v1

amount of $346.88 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 42-2] (collectively, the "**Fee Applications**").

Also on August 19, 2024, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 42] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above-mentioned professionals.

On August 21, 2024, Trustee filed two notices [Doc. Nos. 43 and 44] (collectively, the "**Notices**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Third Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on September 24, 2024 (the "**Hearing**").

Trustee certifies that he served the Notices on all creditors and parties in interest entitled to notice. [Doc. No. 45].

No objection to the relief requested in the Fee Applications or Trustee's Final Report was filed prior to the objection deadline provided in the Notices and pursuant to the Third Amended and Restated General Order No. 24-2018. Counsel for Trustee appeared at the calendar call for the Hearing. No creditors or parties in interest appeared to object to the relief requested in the Fee Applications or Trustee's Final Report.

The Court having considered the Fee Applications and Trustee's Final Report along with all other matters of record, including the lack of objection to the relief requested in the Fee Applications and Trustee's Final Report, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Fee Applications and Trustee's Final Report, it is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 42-1 | $3,550.00 | $141.99 | $3,691.99 |
| Michael J. Bargar, as assignee and agent of Arnall Golden Gregory LLP, attorneys for Chapter 7 Trustee | 42-3 | $2,475.50 | $271.60 | $2,747.10 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 42-2 | $6,695.00 | $346.88 | $7,041.88 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

**[END OF DOCUMENT]**

Order prepared and presented by:

ROUNTREE LEITMAN KLEIN & GEER, LLC


By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-122
mbargar@rlkglaw.com


Identification of parties to be served:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Danny Coleman
Coleman Legal Group, LLC
Suite 51
5755 North Point Parkway
Alpharetta, GA 30022

Masoud Razzaghi
PO Box 5021
Alpharetta, GA 30023

Michael J. Bargar
Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329